UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY BUENO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BASS LAKE JOINT UNION ELEMENTARY SCHOOL DISTRICT,<br><br>　　　　　Defendant. | Case No. 1:21-cv-0436-AWI-HBK<br><br>ORDER REFERRING CASE TO VOLUNTARY DISPUTE RESOLUTION PROGRAM |

　　　　The Court telephonically conducted a case management and scheduling conference on October 14, 2021. During the scheduling conference, counsel for both parties indicated a willingness to participate in alternative dispute resolution. Thus, it appears this case will benefit from participation in the Court's voluntary dispute resolution program (VDRP) set forth in Local Rule 271.

　　　　Accordingly, it is **ORDERED**:

　　　　1. The parties are directed to promptly meet and confer to discuss settlement.

　　　　2. Within forty-five (45) days from the date on this Order, the parties shall initiate participation in the Court's VDRP by contacting the VDRP administrator, **Sujean Park**, at spark@caed.uscourts.gov, and a file a Notice on the docket confirming same.

　　　　3. No later than fourteen (14) days after completion of the VDRP session, the parties shall jointly file their VDRP completion report.

Dated:   October 19, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE