UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY BUENO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BASS LAKE JOINT UNION ELEMENTARY SCHOOL DISTRICT,<br><br>　　　　　Defendant. | Case No. 1:21-cv-00436-AWI-HBK<br><br>ORDER REFERRING CASE TO VOLUNTARY DISPUTE RESOLUTION PROGRAM<br><br>(Doc. No. 41) |

　　　　The Court conducted a mid-discovery conference on October 6, 2022.  (Doc. No. 41). Counsel for both parties indicated a willingness to participate in alternative dispute resolution. Thus, it appears this case will benefit from participation in the Court's voluntary dispute resolution program (VDRP) set forth in Local Rule 271.  The parties, however, noted, that VDRP would not be meaningful until discovery commences.  Although the parties expressed a need for a protective order to engage in discovery, as of the date of this Order, neither party has filed a motion requesting a protective order.

　　　　Accordingly, it is **ORDERED**:

　　　　1.  No later than **November 30, 2022**, the parties shall provide all mandatory initial disclosures required by Fed. R. Civ. P. 26(a)(1).  The remaining deadlines set forth in the Court's October 20, 2021 Case Management and Scheduling Order shall continue to govern this action.

2. Within **sixty (60) days** from the date on this Order, the parties shall initiate participation in the Court's VDRP by contacting the VDRP administrator, **Sujean Park**, at spark@caed.uscourts.gov, and a file a Notice on the docket confirming same.

3. No later than fourteen (14) days after completion of the VDRP session, the parties shall jointly file their VDRP completion report.

Dated:   November 7, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

cc: Sujean Park