UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY BUENO, individually and as guardian ad litem for S.B., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>BASS LAKES SCHOOL DISTRICT,<br><br>Defendant. | Case No.  1:21-cv-00436-AWI-HBK<br><br>AMENDED CASE MANAGEMENT AND SCHEDULING ORDER |

The Court previously held a mid-discovery status conference in this matter on October 6, 2022. (Doc. No. 41). As discussed during the mid-discovery conference, and as requested in the parties' Joint Status Report (Doc. No. 39), the parties seek to extend the deadlines in the Court's previous Case Management and Scheduling Order (Doc. No. 17). Specifically, the parties seek to extend the deadlines for nonexpert and expert discovery, and associated deadlines, due to S.B.'s extended hospitalization. For good cause shown, the Court will grant the parties' request to adjust the deadlines and enters this Amended Case Management Scheduling Order.   Fed. R. Civ. P. 16(b)(4).

////

////

1. **Deadlines and Dates**

| Action or Event | New Deadline |
|---|---|
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37. | 09/15/2023 |
| Initial Expert Witness Disclosure. *See* Fed. R. Civ. P. 26(a)(2). | 10/03/2023 |
| Supplemental Expert Witness Disclosure. | 11/03/2023 |
| Expert Discovery Cutoff. | 11/29/2023 |
| Deadline for filing dispositive motions. *See* Fed. R. Civ. P. 56. | 01/15//2024 |

The parties remain bound to follow the procedures previously set forth in the Court's October 20, 2021 Case Management and Scheduling Order (Doc. No. 17) and shall comply with the deadline set forth in the Court's November 8, 2022 Order to file their VDRP completion report (Doc. No. 46).

Dated:     February 1, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE