1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAISY BUENO, individually and as          Case No.  1:21-cv-00436-JLT-HBK
      guardian ad litem for S.B., a minor,
12                                              ORDER GRANTING STIPULATED
                          Plaintiffs,           MOTION TO EXTEND CERTAIN
13    v.                                        DEADLINES IN CASE MANAGEMENT
                                                AND SCHEDULING ORDER
14    BASS LAKES SCHOOL DISTRICT,
                                                 (Doc. No. 67)
15                        Defendant.

16

17

18

19          On September 2, 2024, the Parties' filed a stipulated motion to modify certain deadlines in

20    the current scheduling order.  (Doc. No 67).  The Parties seek to extend only the discovery

21    deadlines due to Plaintiffs' difficulty in effecting service of subpoenas on five nonparty

22    deponents.  (*Id*. at 2).  Defendant has agreed to reach out to the nonparty deponents and attempt to

23    secure deposition dates.  (*Id*.).  The Court finds good cause to grant the proposed extension to the

24    discovery deadlines in the Second Case Management and Scheduling Order.  Fed. R. Civ. P.

25    16(b)(4).

26          Accordingly, it is **ORDERED:**

27       1.  The Parties' Stipulated Motion (Doc. No. 67) is GRANTED.

28       2.  The following extended deadlines shall govern this action:

| Action or Event | Date |
|---|---|
| Deadline for completing non-expert discovery. *See* Fed. R. Civ. P. 37. | 11/15/2024 |
| Deadline for Initial Expert Witness Disclosure. *See* Fed. R. Civ. P. 26(a)(2). | 11/29/2024 |
| Deadline for Supplemental Expert Witness Disclosure. | 12/16/2024 |
| Expert Discovery Cutoff. | 12/31/2024 |

3. The remaining dates and procedures set forth in the Court's Second Amended Case Management and Scheduling Order issued on June 15, 2023 (Doc. No. 62) shall govern this action.

Dated:    September 3, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE