|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DAISY BUENO, individually and as guardian ad litem for S.B., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>BASS LAKES SCHOOL DISTRICT,<br><br>Defendant. | Case No. 1:21-cv-00436-JLT-HBK<br><br>ORDER GRANTING STIPULATED MOTION TO FURTHER EXTEND CERTAIN DEADLINES IN CASE MANAGEMENT AND SCHEDULING ORDER<br><br>(Doc. No. 69) |
|---|---|

On November 8, 2024, the Parties' filed a stipulated motion to further modify certain deadlines in the current scheduling order. (Doc. No 69). The Parties again seek to extend the discovery deadlines due to the need to reschedule depositions of five nonparty witnesses. (*Id*. at 2). The depositions have been set and are confirmed for November 20, 2024, November 21, 2024, and December 9, 2024. Defense counsel has agreed to accept depositions subpoenas on behalf of the deponents. (*Id*.). The Court finds good cause to grant the proposed further extension to the discovery deadline. Fed. R. Civ. P. 16(b)(4).

Accordingly, it is **ORDERED:**

1. The Parties' Stipulated Motion (Doc. No. 69) is GRANTED.

2. The following extended deadlines shall govern this action:

| Action or Event | Date |
|---|---|
| Deadline for completing non-expert discovery. *See* Fed. R. Civ. P. 37. | 12/15/2024 |
| Deadline for Initial Expert Witness Disclosure. *See* Fed. R. Civ. P. 26(a)(2). | 12/31/2024 |
| Deadline for Supplemental Expert Witness Disclosure. | 01/15/2025 |
| Expert Discovery Cutoff. | 02/15/2025 |

3. The remaining dates and procedures set forth in the Court's Second Amended Case Management and Scheduling Order issued on June 15, 2023 (Doc. No. 62) shall govern this action.

Dated:   November 8, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2