# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY BUENO, individually and as guardian ad litem for S.B., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>BASS LAKES SCHOOL DISTRICT,<br><br>Defendant. | Case No. 1:21-cv-00436-JLT-HBK<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE STAY OF ENTIRE ACTION<br><br>(Doc. No. 77) |

Pending before the Court is the Parties' joint motion to continue the stay of this action. (Doc. No. 77). On December 17, 2024, the Court granted a stay of this action until March 31, 2025 in order that the Parties could participate in and complete mediation. (Doc. No. 75). Due to availability of the mediator and the Parties, mediation is not currently scheduled until April 24, 2025. (Doc. No. 77). Thus, the Parties request that the Court continue the stay of this entire action until May 15, 2025. (*Id*.).

The Court finds in its discretion that a continuation of the stay of this action is appropriate. *Clinton v. Jones*, 520 U.S. 681, 705 (1997).

Accordingly, it is **ORDERED**:

1. The Parties' joint motion to continue the stay of this action (Doc. No. 77) is GRANTED.  The Court vacates all previous deadlines (Doc. No. 70), including the

1     pretrial and trial dates (Doc. No. 62) and CONTINUES THE STAY this action **until**

2     **May 15, 2025 or until further order by the Court**.

3   2. Within **seven (7) days** of the mediation's conclusion, the Parties shall file a "Joint

4     Post Mediation Status Report" regarding the result of the mediation.

5   3. The substance of the mediation is confidential, and no party, lawyer, or other

6     participant may record, or without approval of the Court may disclose any event,

7     including any statement confirming or denying a fact—except settlement—that occurs

8     during the mediation.

9   4. If the Parties reach a settlement at the mediation, a notice of settlement shall promptly

10     be filed with the Court. *See* Local Rule 160(a). Dispositional documents are due **no**

11     **more than twenty-one (21) days** from the filing of the notification, absent good

12     cause. *See* Local Rule 160(b).

13   5. If the case does not settle, then the Parties shall include in their Joint Post Mediation

14     Status Report proposed deadlines for expert discovery, dispositive motions, pretrial

15     and trial dates.

Dated:   March 31, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2